IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Kowyatt Solomon Tiller, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:12-cv-01026-RBH |
| ) | |
| Carolyn W. Colvin, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court, having reviewed the Joint Stipulation to an Award of EAJA Fees, 28 U.S.C. § 2412(d), dated October 28, 2013, and having reviewed the file and being fully advised, hereby orders that the Stipulation to an Award of EAJA Fees is approved and the Defendant is ordered to pay $5,500.00 in attorney fees.

EAJA fees awarded by this Court belong to the plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). *See Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010). Defendant recognizes that Plaintiff assigned his right to EAJA fees to his attorney. If it is determined upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, Defendant agrees to accept the assignment, and fees will be made payable to Plaintiff's attorney. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

**IT IS SO ORDERED**.

                                                   s/ R. Bryan Harwell  
                                                   R. Bryan Harwell  
                                                   United States District Judge

October 30, 2013  
Florence, South Carolina.